Fatmata M. Michael George

38 Hampton Lane

Willingboro, NJ 08046

April 24th, 2019

2019 APR 30  A 10: 43

To Honorable Christine M. Gravelle

United States Bankruptcy Judge,

At the United States Bankruptcy court,

U.S Courthouse,

402 East State Street,

Trenton, NJ

Please be informed that, I write to inform you that I never received any information from the Chapter 7 Bankruptcy Trustee or from the bankruptcy Court with regards to scheduled court dates: March 27th, 2019 and April 15th, 2019.

I am therefore contesting the motion to dismiss my Bankruptcy Petition and asking the court to continue with my petition due to facts that I was not informed of the above said court dates.

The only notice received from the Bankruptcy Trustee was dated April 22, 2019. See attached copy.

Thanks very much,

Fatmata M. Michael George

*Fatmata Michael-George*
*4/24/2019*

CC: Barry W. frost, Esq

3131 Princeton Pike

Building 5, Suite 110

Lawrenceville, NJ 08648

Chapter 7 Trustee

19-13875-CMG