UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Fatmata M. Michael George

Case No.: 19-13875
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

___Barry W. Frost___, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse |
| --- | --- |
| | 402 East State Street |
| | Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable ___Christine M. Gravelle___ on ___July 16, 2019___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___3___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 38 Hampton Lane |
| --- | --- |
| | Willingboro, NJ |
| | Value: $18,000.00 |

| Liens on property: | Midland Mortgage |
| --- | --- |
| | $260,000.00 |

| Amount of equity claimed as exempt: | $100% of exemption allowed |
| --- | --- |

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost, Chapter 7 Trustee
Address: 3131 Princeton Pike, Bldg 5, Suite 110
Telephone No.: (609) 890-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Fatmata M. Michael George  
       Debtor

Case No. 19-13875-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 17, 2019  
                    Form ID: pdf905     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.
```
db              +Fatmata M. Michael George,    38 Hampton Lane,    Willingboro, NJ 08046-1822
518049167        Carpinello Orthodontics,    4877 West Chester Pike,    Edgmont, PA 19028-0885
518049168       +Horizon Blue Cross,    PO Box 820,    Newark, NJ 07101-0820
518049169       +Midland Mortgage,    PO Box 268806,    Oklahoma City, OK 73126-8806
518049170       +PSE&G,    PO Box 1444,    New Brunswick, NJ 08903-1444
518049171       +Santander Consumer USA,    PO Box 660633,    Dallas, TX 75266-0633
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 17 2019 23:56:25      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 17 2019 23:56:23      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
518049172       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 17 2019 23:55:13
                 Verizon,    PO Box 291089,    Columbia, SC 29229-0019
518049173       +E-mail/Text: documentfiling@lciinc.com Jun 17 2019 23:55:23      Xfinity,    PO Box 211008,
                 Eagan, MN 55121-2408
                                                                                               TOTAL: 4
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:
```
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com;frost@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```